# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHWINDER SINGH, | No. ED CV 25-3381-MRA(E) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, |
| MARK BOWEN, ACTING-WARDEN OF THE ADELANTO DETENTION CENTER, ETC., ET AL., | CONCLUSIONS AND RECOMMENDATIONS |
| | OF UNITED STATES MAGISTRATE JUDGE |
| Respondents. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made.

The Report and Recommendation ("Report") recommends that the Court enter an order that, among other things, declares that the previous detention of Petitioner by Immigration and Customs Enforcement violated Petitioner's constitutional rights and enjoins Respondents from re-detaining Petitioner absent compliance with constitutional protections.  (ECF No. 16.) Respondents' objections do not merit a different result.

Respondents object that the Petition should be dismissed as moot because the Court previously granted Petitioner's request for a preliminary injunction.  (ECF No. 17.)  As the Report found, however, "[t]he preliminary injunctive relief granted in the present case to preserve the status quo pending a final adjudication of the Petition would not be of any continuing legal effect if this case were closed without further action or judgment."  (ECF No. 16 at 3 (citing cases)).  "Accordingly, because Petitioner faces a threat of unlawful re-detention absent permanent injunctive relief, the Petition continues to present concrete, collateral consequences that may be redressed."  (*Id.* (citing cases)).  Moreover, Petitioner continues to seek relief beyond the relief that he previously received (*i.e.*, his release from incarceration), such as a declaration that his detention violated his constitutional rights.  (*Id*. at 4.)  Finally, as the Court previously found, "[o]ther judges of this Court have reached the same conclusion in similar circumstances."  (*Id*. (citing cases including *Min v. Santacruz*, 2026 WL 712965, at *3 (C.D. Cal. Mar. 9, 2026) (release from immigration custody did not moot habeas petition where "there is no indication that Petitioner's status has changed, and Respondents have not suggested they have disavowed their practices or adjusted their policies for re-detaining noncitizens like Petitioner")).

The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that:  (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered:  (a) declaring that ICE's previous detention of Petitioner violated Petitioner's constitutional rights; and (b) enjoining Respondents from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change in circumstances requiring his re-detention and a timely hearing at which Respondents would bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a risk of flight or danger to the community.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, on counsel for Petitioner and on counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 6, 2026

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE