# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUKHWINDER SINGH, | No. ED CV 25-3381-MRA(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| MARK BOWEN, ACTING-WARDEN OF THE ADELANTO DETENTION CENTER, ETC., ET AL., | |
|     Respondents. | |

IT IS ADJUDGED that:  (a) ICE's previous detention of Petitioner violated Petitioner's constitutional rights; and (b) Respondents are enjoined from re-detaining Petitioner without complying with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change in circumstances requiring his re-detention and a timely hearing at which Respondents would bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a risk of flight or danger to the community.

DATED: May 6, 2026

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE